# UNITED STATES BANKRUPTCY COURT
# TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Daniel Walston    Phone Number: 301–344–3496    Date: 3/1/22

*BANKRUPTCY MATTER (answer only one):*

- ☐ 1. Appeal      ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included:  ☐ yes  ☑ no
    - ☐ Initial Transmittal
    - ☐ Transmittal of Record on Appeal (USDC Case No.)
    - ☐ Supplemental Transmittal (reason: )
- ☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA
- ☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)
- ☑ 4. Motion for Withdrawal of Reference
- ☐ 5. Findings of Fact and Conclusions of Law (No Objections)
- ☐ 6. Findings of Fact and Conclusions of Law with Objection
- ☐ 7. Contempt
- ☐ 8. Other:

*RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 16–11319    Chapter: 13
2. Adversary Proceeding Number (if applicable): 19–00203
3. U.S. Bankruptcy Judge: Thomas J. Catliota
4. Related U.S. District Court Civil Action Number (if applicable): 20–cv–02392
5. Fee Paid:   ☑ yes  ☐ no
6. Additional comments:

*PARTY INFORMATION (answer all):*

1. Debtor: Ruben Palazzo
2. Trustee (if applicable): Rebecca A. Herr

Appellant/Movant: Ruben Palazzo

Appellant/Movant's Counsel: Phillip Robinson

Appellee/Respondent: Manufactures and Traders Trust Company/Bayview Loan Servicing LLC

Appellee/Respondent's Counsel: Bradford S. Bernstein/Patricia B. Jefferson

transmdc (07/28/2015) – *DanielWalston*