**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**PAUL W. GRIMM**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**(301) 344-0670**<br>**(301) 344-3910 FAX** |

March 30, 2022

RE: <u>Palazzo v. Bayview Loan Servicing LLC et al</u>
PWG  20-cv-2392

<u>**LETTER ORDER**</u>

Dear Parties:

    Please be advised the Court has scheduled a pre-motion telephone conference call on **April 4, 2022 at 2:00pm.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 040422**

    Although informal, this is an Order of the Court and shall be docketed as such.

                          Sincerely,

                          /S/

                        Paul W. Grimm
                        United States District Judge

ast